**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>**Northern District of Illinois, Western Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Team One Precision Tooling, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 36-4031042 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. and Street, City,  and State)<br>5200 McCullom Lake Road<br>McHenry, IL       ZIPCODE 60050 | Street Address of Joint Debtor (No. and Street, City, and State       ZIPCODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>Mchenry | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>314 Circle Drive<br>Algonquin, IL       ZIPCODE 60102 | Mailing Address of Joint Debtor (if different from street address):       ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):       ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
 *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of  Business**
(Check **one**  box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Team One Precision Tooling, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: NONE | Case Number: | Date Filed: |
| Location<br>Where Filed: N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Team One Precision Tooling, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X /s/ Richard T. Jones
_____
Signature of Attorney for Debtor(s)

RICHARD T. JONES 6184629
Printed Name of Attorney for Debtor(s)

Jones & Hart Law Offices
Firm Name

138 Cass Street
Address

Post Office Box 1693       Woodstock, Illinois 60098

(815) 334-8220
Telephone Number

September 16, 2008
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition  preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Frederick Foote
_____
Signature of Authorized Individual

FREDERICK FOOTE
Printed Name of Authorized Individual

President
Title of Authorized Individual

September 16, 2008
Date

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

In re    Team One Precision Tooling, Inc.    Case No. _____
_____
**Debtor**    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

**B6B (Official Form 6B) (12/07)**

In re    __Team One Precision Tooling, Inc._____    Case No. _____
                              **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account Algonquin State Bank<br><br>Checking account LaSalle Bank<br><br>Checking account Fifth Third Bank | | 0.00<br><br>0.00<br><br>0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re  Team One Precision Tooling, Inc.
_____     Case No. _____
**Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accts. receivable | | 50,000.00 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Chevrolet Tahoe subject to lien of GMAC | | 0.00 |

In re  Team One Precision Tooling, Inc.                                    Case No.
            **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Debtor's possession | | |
| | | 1998 Chrysler Town & Country subject to lien of Chrysler Financial | | 0.00 |
| | | Debtor's possession | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Miscellaneous office equipment | | 3,000.00 |
| | | Debtor's possession | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | Miscellaneous machinery & fixtures | | 100,000.00 |
| | | Debtor's possession | | |
| 30.  Inventory. | | Inventory | | 5,000.00 |
| | | Debtor's possession | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

<u>        0        </u>   continuation sheets attached       Total       $      158,000.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

**B6C (Official Form 6C) (12/07)**

In re   Team One Precision Tooling, Inc.          Case No. _____
        **Debtor**                                                   **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)

☐  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

**B6D (Official Form 6D) (12/07)**

In re _____,    Case No. _____
      Team One Precision Tooling, Inc.

             **Debtor**                                                                 **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chrysler Financial<br>901 Warrenville Rd., #500<br>Lisle, IL 60532-4319 | | | Lien: Auto loan<br>Security: 1998 Chrysler Town & Country<br><br><br>VALUE $      0.00 | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>GMAC<br>Post Office Box 2150<br>Greeley, CO 80632-2150 | | | Lien: Auto loan<br>Security: 2003 Chevrolet Tahoe<br><br><br>VALUE $      0.00 | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |

___0___ continuation sheets attached

                                  Subtotal ► | $    0.00 | $    0.00
(Total of this page)

                                Total ► | $    0.00 | $    0.00
(Use only on last page)

                                  (Report also on      (If applicable, report
Summary of Schedules)  also on Statistical
Summary of Certain
Liabilities and Related
Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

**B6E (Official Form 6E) (12/07)**

In re __Team One Precision Tooling, Inc._____,      Case No._____
               Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

**B6E (Official Form 6E) (12/07) - Cont.**

In re_____Team One Precision Tooling, Inc._____,    Case No._____
         Debtor                                                                  (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

2
____ **continuation sheets attached**

B6E (Official Form 6E) (12/07) - Cont.

In re    Team One Precision Tooling, Inc._____,        Case No. _____
_____Debtor_____                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. David C. Kovacs 4318 Fox Creek Drive Crystal Lake, IL 60014 | | | Consideration: Wages | | | | 6,586.88 | 6,585.88 | 1.00 |
| ACCOUNT NO. IL Dept. of Labor 160 N. LaSalle Street, #C-1300 Chicago, IL 60601-3150 | | | Consideration: Wages | | | | 2,489.44 | 2,489.44 | 0.00 |
| ACCOUNT NO. IL Dept. of Labor c/o Office of the Attorney General 100 W. Randolph Street, 13th Fl. Chicago, IL 60601 | | | Consideration: Unemployment overpayment | | | | 5,476.77 | 5,476.77 | 0.00 |
| ACCOUNT NO. Mark D. Camera 5410 Chasfield Circle McHenry, Illinois 6005 | | | Consideration: Wages | | | | 3,945.00 | 3,945.00 | 0.00 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | Subtotal (Totals of this page) | $ 18,498.09 | $ 18,497.09 | $ 1.00 |
|---|---|---|---|---|---|
|  | | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
|  | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

B6E (Official Form 6E) (12/07) - Cont.

In re  Team One Precision Tooling, Inc. _____ ,     Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Illinois Dept. of Revenue Bankruptcy Section Post Office Box 64338 Chicago, IL 60664-0338 | | | Consideration: Corp. taxes | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> Internal Revenue Service 230 South Dearborn Street STOP 5013-CHI Chicago, Illinois 60604 | | | Incurred: 9/30/2006 Consideration: 941 taxes | | | | 19,178.71 | 19,178.71 | 0.00 |
| ACCOUNT NO. <br><br> Internal Revenue Service 230 South Dearborn Street STOP 5013-CHI Chicago, Illinois 60604 | | | Incurred: 6/30/2006 Consideration: 941 taxes | | | | 15,830.47 | 15,830.47 | 0.00 |
| ACCOUNT NO. <br><br> Internal Revenue Service 230 South Dearborn Street STOP 5013-CHI Chicago, Illinois 60604 | | | Incurred: 12/31/06 Consideration: 941 taxes | | | | 16,897.91 | 16,897.91 | 0.00 |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 51,907.09 | $ | $ |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ 70,405.18 | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 70,404.18 | $ 1.00 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07)

In re __Team One Precision Tooling, Inc._____,          Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. |  |  |  |  |  |  |  |
| 3D Extreme, Inc. 23 Westfield Lane Des Plaines, IL 60018-1208 |  |  |  |  |  |  | 1,000.00 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| A&W Tool, Inc. 5309 Business Pkwy, #101 Ringwood, IL 60072 |  |  |  |  |  |  | 496.15 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| A-B Die Mold,Inc. 1835 Wallace Avenue St. Charles, IL 60174 |  |  |  |  |  |  | 8,200.00 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| Able Lock & Key 3103 W. Linoln Rd. McHenry, IL 60050 |  |  |  |  |  |  | 172.67 |

__22_____continuation sheets attached

Subtotal ➤ | $ | 9,868.82

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Team One Precision Tooling, Inc._____,          Case No. _____
              **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ace Lasertek<br>1580 Barclay Blvd.<br>Buffalo Grove, IL 60089 | | | | | | | 50.00 |
| ACCOUNT NO.<br><br>Advanta Bank Corp.<br>Post Office Box 30715<br>Salt Lake City, UT 84130-0715 | | | Consideration: Credit card debt | | | | 23,337.88 |
| ACCOUNT NO.<br><br>Agie Charmilles, Corp.<br>560 Bond Street<br>Lincolnshire, IL 60069 | | | | | | | 1,434.27 |
| ACCOUNT NO.<br><br>Airo Tool & Mfg.<br>6823 Irene Rd.<br>Belvidere, IL 61008 | | | | | | | 173.00 |
| ACCOUNT NO.<br><br>Alliance Specialties Group<br>275 Industrial Drive<br>Wauconda, IL 60084 | | | | | | | 872.00 |

Sheet no. _1_ of _22_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $     25,867.15

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Team One Precision Tooling, Inc. _____ ,  Case No. _____
          **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  21008<br><br>American Express<br>Customer Service<br>Post Office Box 7863<br>Ft. Lauderdale, FL 33329-7863 | | | Consideration: Credit card debt | | | | 15,289.60 |
| ACCOUNT NO.  42008<br><br>American Express<br>Customer Service<br>Post Office Box 7863<br>Ft. Lauderdale, FL 33329-7863 | | | Consideration: Credit card debt | | | | 11,824.03 |
| ACCOUNT NO.<br><br>AT&T<br>Post Office Box 8100<br>Aurora, IL 60507-8100 | | | | | | | 956.40 |
| ACCOUNT NO.<br><br>AT&T 3001 Long Distance<br>Post Office Box 9001309<br>Louisville, KY 40290-1309 | | | | | | | 146.60 |
| ACCOUNT NO.<br><br>AT&T Wireless<br>Post Office Box 8220<br>Aurora, IL 60572-8220 | | | Consideration: Services rendered | | | | Unknown |

Sheet no. __2__ of __22__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     28,216.63

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) (Cont.)

In re    Team One Precision Tooling, Inc.                          ,        Case No. _____
       **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Judgment | | | | |
| Banco Popular c/o Chuhak & Tecson 30 S. Wacker Dr., #2600 Chicago, IL 60606-7413 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Judgment | | | | |
| Banco Popular Post Office Box 550680 Jacksonville, FL 32255-4150 | | | | | | | 73,553.21 |
| ACCOUNT NO. | | | | | | | |
| Bancorp US Bancorp Equip. Finance Post Office Box 790413 St. Louis, MO 63179-0413 | | | | | | | 75,000.00 |
| ACCOUNT NO. | | | Consideration: Credit card debt | | | | |
| Bank of America Recovery Department Post Office Box 2278 Norfolk, VA 23501-2278 | | | | | | | 7,588.35 |
| ACCOUNT NO. | | | Consideration: Credit card debt | | | | |
| Bank of America Recovery Department Post Office Box 2278 Norfolk, VA 23501-2278 | | | | | | | 4,942.91 |

Sheet no. _3_ of _22_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $     161,084.47

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Team One Precision Tooling, Inc._____,          Case No. _____
             **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Bank of America <br> Recovery Department <br> Post Office Box 2278 <br> Norfolk, VA 23501-2278 | | | Consideration: Credit card debt | | | | 29,479.27 |
| ACCOUNT NO. <br><br> Bank of America <br> Recovery Department <br> Post Office Box 2278 <br> Norfolk, VA 23501-2278 | | | Consideration: Credit card debt | | | | 14,561.18 |
| ACCOUNT NO. <br><br> Boer Die Welding, Inc. <br> 16116 Harmony Rd. <br> Huntley, IL 60142 | | | | | | | 235.00 |
| ACCOUNT NO. <br><br> Bohler Uddeholm <br> Post Office Box 75827 <br> Chicago, IL 60675-5827 | | | | | | | 2,650.00 |
| ACCOUNT NO. <br><br> Brown Bark III <br> Post Office Box 1068 <br> Stafford, TX 77497-1068 | | | | | | | 23,679.77 |

Sheet no. __4__ of __22__ continuation sheets attached          Subtotal ► | $          70,605.22
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                         Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Team One Precision Tooling, Inc._____,     Case No. _____
      **Debtor**                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Budapest Tool Co.<br>1300 Industrial Drive<br>Itasca, IL 60143 | | | | | | | 600.00 |
| ACCOUNT NO.  1385<br><br>Capital One<br>1957 Westmoreland Road<br>Post Office Box 26094<br>Richmond, VA 23260-6094 | | | Consideration: Credit card debt | | | | 18,025.94 |
| ACCOUNT NO.  7234<br><br>Capital One<br>1957 Westmoreland Road<br>Post Office Box 26094<br>Richmond, VA 23260-6094 | | | Consideration: Credit card debt | | | | 1,018.19 |
| ACCOUNT NO.<br><br>Capital One<br>c/o Asociated Recovery Sys.<br>Post Office Box 469046<br>Escondido, CA 92046-9046 | | | Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Carbon Products, Inc.<br>Post Office Box 369<br>W. Chester, OH 45071 | | | | | | | 469.89 |

Sheet no. __5__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    20,114.02

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Team One Precision Tooling, Inc._____,      Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CES Group<br>888 St. Charles Street<br>Elgin, IL 60120 | | | | | | | 581.40 |
| ACCOUNT NO.<br><br>Charles J. Motl & Assoc.<br>89 W. Main Street, #101<br>Riverwest Building<br>W. Dundee, IL 60118 | | | | | | | Unknown |
| ACCOUNT NO.   0097<br><br>Chase Card Service<br>Post Office Box 15129<br>Wilmington, DE 19850-5129 | | | Consideration: Credit card debt | | | | 986.70 |
| ACCOUNT NO.   4600<br><br>Chase Card Service<br>Post Office Box 15129<br>Wilmington, DE 19850-5129 | | | Consideration: Credit card debt | | | | 11,456.62 |
| ACCOUNT NO.   6045<br><br>Chase Card Service<br>Post Office Box 15129<br>Wilmington, DE 19850-5129 | | | Consideration: Credit card debt | | | | 11,465.62 |

Sheet no. __6__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 24,490.34
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Team One Precision Tooling, Inc._____,        Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Chesterfield Financial Corp. Post Office Box 771723 St. Charles, MO 63178-8429 | | | | | | | 619.92 |
| ACCOUNT NO. | | | | | | | |
| CINTAS 5100 26th Avenue Rockford, IL 61109-1706 | | | | | | | 460.85 |
| ACCOUNT NO.   6469 | | | Consideration: Credit card debt | | | | |
| Citibusiness Card Post Office Box 6309 The Lakes, NV 88901 | | | | | | | 20,062.50 |
| ACCOUNT NO.   3238 | | | Consideration: Credit card debt | | | | |
| Citibusiness Card Post Office Box 6309 The Lakes, NV 88901 | | | | | | | 15,244.73 |
| ACCOUNT NO. | | | | | | | |
| CK Grinding 169 Wheeling Wheeling, IL 60090 | | | | | | | 480.00 |

Sheet no.   7   of  22   continuation sheets attached to Schedule of  Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤     $      36,868.00

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Team One Precision Tooling, Inc._____,          Case No. _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ComEd <br> Attn.: Revenue Management <br> 2100 Swiss Drive <br> Oak Brook, Illinois 60523 | | | Consideration: Services rendered | | | | 4,688.89 |
| ACCOUNT NO. <br><br> Craftman Tool & Mold Co. <br> 2750 Church Road <br> Aurora, IL 60504-9706 | | | | | | | 8,950.00 |
| ACCOUNT NO. <br><br> Dice Mold & Engineering, Inc. <br> 75 S. Prospect <br> Itasca, IL 60143 | | | | | | | 4,500.00 |
| ACCOUNT NO. <br><br> DME Co. <br> Dept. Lockbox 78242 <br> Post Office Box 78000 <br> Detroit, MI 48278-0242 | | | | | | | 3,488.91 |
| ACCOUNT NO. <br><br> Excel Mold Polishing <br> 1080 E. Grant Highway <br> Marengo, IL 60152 | | | | | | | 940.00 |

Sheet no. _8_ of _22_ continuation sheets attached          Subtotal➤  | $ | 22,567.80
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                       Total➤   | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Team One Precision Tooling, Inc._____,    Case No. _____
                **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>FDC Corporation<br>Post Office Box 1047<br>360 Bonnie Lane<br>Elk Grove Village, IL 60009-1047 | | | | | | | 210.32 |
| ACCOUNT NO.<br>Federal Express<br>500 Ross Street, #154-0455<br>Pittsburgh, PA 15262-0001 | | | Consideration: Services rendered | | | | 24.42 |
| ACCOUNT NO.<br>Fort Dearborn 9337<br>Fort Dearborn Life<br>36788 Eagle Way<br>Chicago, IL 60678-1367 | | | | | | | 123.60 |
| ACCOUNT NO.<br>Frankenmuth<br>One Mutual Avenue<br>Frankenmuth, MI 4878 | | | | | | | 3,134.97 |
| ACCOUNT NO.<br>Fred Foote<br>314 Circle Drive<br>Algonquin, Illinois 60102 | | | | | | | Unknown |

Sheet no. __9__ of __22__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 3,493.31

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Team One Precision Tooling, Inc.                            ,    Case No. _____
_____
**Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Freedom Life Insurance Co. 3100 Burnett Plaza 801 Cherry Street Ft. Worth, TX 76102 | | | | | | | 2,676.32 |
| ACCOUNT NO. | | | | | | | |
| GK Welding 915 S. Pingree, Unit B Crystal Lake, IL 60014 | | | | | | | 4,005.00 |
| ACCOUNT NO. | | | | | | | |
| Glenwood Tool & Mold, Inc. 410 Renner Drive Elgin, IL 60123 | | | | | | | 439.83 |
| ACCOUNT NO. | | | | | | | |
| GMT Design 1324 Oakview Terrace Woodstock, IL 60098 | | | | | | | 8,945.00 |
| ACCOUNT NO. | | | | | | | |
| HASCO Internorm Corp. 21200 Superior Street Chatsworth, CA 91311 | | | | | | | 694.76 |

Sheet no. __10__ of __22__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 16,760.91

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Team One Precision Tooling, Inc._____,    Case No. _____
              **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Hinckley Springs <br> Post Office Box 530578 <br> Atlanta, GA 30353-0578 | | | | | | | 77.49 |
| ACCOUNT NO. <br><br> Horizon Steel Treating, Inc. <br> 231 Jandus Road <br> Cary, IL 60013 | | | | | | | 469.55 |
| ACCOUNT NO. <br><br> IL Secretary of State <br> 501 S. 2nd Street, Rm 591 <br> Springfield, IL 62756-7200 | | | | | | | 78.00 |
| ACCOUNT NO. <br><br> Ingersoll Rand Financial Serv. <br> Div. of CitiCapital Comm Corp. <br> Post Office Box 6229 <br> Carol Stream, IL 60197-6229 | | | | | | | 560.39 |
| ACCOUNT NO. <br><br> International Profit Associates <br> 1250 Barclay Blvd. <br> Buffalo Grove, IL 60089 | | | | | | | Unknown |

Sheet no. __11__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,185.43

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) (Cont.)

In re    Team One Precision Tooling, Inc.                         ,        Case No. _____
                **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. John Denny Company 3248 Forest View Road Rockford, IL 61109 | | | | | | | 1,642.42 |
| ACCOUNT NO. Karen Garbacz 5200 McCullom Lake Rd. McHenry, IL 60050 | | | Consideration: Lease | | | | Unknown |
| ACCOUNT NO. Klitz Cutting Tools 7505 Eastgate Rd., Box 859 Crystal Lake, IL 60039 | | | | | | | 141.33 |
| ACCOUNT NO. Kosmos Tool, Inc. 2727 Route 12, Box 279 Spring Grove, IL 60081 | | | | | | | 39,460.00 |
| ACCOUNT NO. LaSalle Bank 1904 N. Richmond Rd. McHenry, IL 60050 | | | | | | | Unknown |

Sheet no. __12__ of __22__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $    41,243.75

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Team One Precision Tooling, Inc._____,        Case No. _____
          **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Leaf <br>Post Office Box 644006 <br>Cincinnati, OH 45264-4006 | | | | | | | 8,949.03 |
| ACCOUNT NO. <br><br>Leaf Funding <br>c/o Cofield Law Firm <br>809 S. Lake Drive <br>Lexington, SC 29072 | | | | | | | 14,798.05 |
| ACCOUNT NO. <br><br>Marie Foote <br>314 Circle Drive <br>Algonquin, IL 60102 | | | | | | | Unknown |
| ACCOUNT NO.  ending 3254 <br><br>MBNA <br>Post Office Box 15026 <br>Wilmington, DE 19850-5026 | | | Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  ending 3805 <br><br>MBNA <br>Post Office Box 15026 <br>Wilmington, DE 19850-5026 | | | Consideration: Credit card debt | | | | 6,300.18 |

Sheet no. _13_ of _22_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ 30,047.26

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Team One Precision Tooling, Inc._____ ,        Case No. _____
_____**Debtor**_____                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ending 6099 <br><br> MBNA <br> Post Office Box 15026 <br> Wilmington, DE 19850-5026 | | | Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO. <br><br> MG Mold Finishing <br> 24271 Rose Avenue <br> Lake Zurich, IL 60047 | | | | | | | 3,010.00 |
| ACCOUNT NO. <br><br> Michling, Hofmann, et al <br> 101 N. Throop Street <br> Woodstock, Illinois 60098 | | | Consideration: Legal services | | | | 7,175.20 |
| ACCOUNT NO. <br><br> Midwest Steel & Services, Inc. <br> 581 S. Wheeling Rd. <br> Wheeling, IL 60090 | | | | | | | 3,608.00 |
| ACCOUNT NO. <br><br> Misumi USA, Inc. <br> Post Office Box 93909 <br> Chicago, IL 60673-7475 | | | | | | | 3,504.88 |

Sheet no. __14__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $   17,298.08

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Team One Precision Tooling, Inc._____ ,        Case No. _____
                         **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Net Bank Business Finance a/k/a Leaf Finance Post Officebox 2597 Columbia, SC 29202-2597 | | | | | | | 3,623.59 |
| ACCOUNT NO. | | | | | | | |
| Neuwer Tool Corp. 2039 Foster Ave. Wheeling, IL 60090 | | | | | | | 1,494.00 |
| ACCOUNT NO. | | | Consideration: Services rendered | | | | |
| Nicor Post Office Box 2020 Aurora, Illinois 60507-2020 | | | | | | | 2,697.38 |
| ACCOUNT NO. | | | Consideration: Newspaper subscription | | | | |
| Northwest Herald Post Office Box 250 Crsytal Lake, Illinois 60098 | | | | | | | 217.81 |
| ACCOUNT NO. | | | | | | | |
| O'Keefe & Associates 15900 S. Wolf Rd., #203 Orland Park, IL 60467 | | | | | | | 1,537.50 |

Sheet no. __15__ of __22__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   9,570.28

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Team One Precision Tooling, Inc.                              ,        Case No. _____
                **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  PCS Company Post Office Box 116606 Atlanta, GA 30368-6606 | | | | | | | 5,893.33 |
| ACCOUNT NO.  Perry Johnson Consulting 26555 Evergreen Rd. #1300 Southfield, MI 48076 | | | | | | | 650.00 |
| ACCOUNT NO.  Perry Johnson Registrars, Inc. 10275 W. Higgins Rd., #470 Rosemont, IL 60018 | | | | | | | 1,817.64 |
| ACCOUNT NO.  Plasti-Coil 901 Geneva Parkway Lake Geneva, WI 53147 | | | | | | | 5,148.82 |
| ACCOUNT NO.  Platinum Plus for Business Post Office Box 15469 Wilmington, DE 19886 | | | | | | | Unknown |

Sheet no. __16__ of __22__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤      $      13,509.79

Total ➤      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Team One Precision Tooling, Inc._____,    Case No. _____
 **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Precision Ground, Inc.<br>548 Herbert Road<br>Lakemoor, IL 60073 | | | | | | | 1,290.00 |
| ACCOUNT NO.<br><br>Quality Consulting<br>4935 N. Kildare<br>Chicago, IL 60630 | | | | | | | 450.00 |
| ACCOUNT NO.<br><br>Quality Jig Grinding, Inc.<br>1310 Cobblestone Way<br>Woodstock, IL 60098 | | | | | | | 324.50 |
| ACCOUNT NO.<br><br>Rupp & Youman<br>4306-F W. Crystal Lake Rd.<br>McHenry, IL 60050 | | | | | | | 250.00 |
| ACCOUNT NO.<br><br>Safety Kleen Corp.<br>Post Office Box 650509<br>Dallas, TX 75265-0509 | | | | | | | 400.00 |

Sheet no. __17__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,714.50

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Team One Precision Tooling, Inc.                        ,          Case No. _____

                **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sams Club<br>Post Office Box 981064<br>El Paso, TX 79998 | | | Consideration: Credit card debt | | | | 3,422.04 |
| ACCOUNT NO.<br><br>SelfLube<br>526 O'Malley<br>Coopersville, MI 49404 | | | | | | | 204.50 |
| ACCOUNT NO.<br><br>Smith Enterprises, Inc.<br>931 Dillon Drive<br>Wood Dale, IL 60191 | | | | | | | 26.60 |
| ACCOUNT NO.<br><br>State Farm Insurance<br>Insurance Support Center<br>Post Office Box 680001<br>Dallas, TX 75368-0001 | | | | | | | 496.52 |
| ACCOUNT NO.<br><br>T Mobile<br>Post Office Box 742596<br>Cincinnati, OH 45274-2596 | | | Consideration: Services rendered | | | | 151.49 |

Sheet no. __18__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  4,301.15

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Team One Precision Tooling, Inc._____ ,          Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> The Corporate Headquarters <br> 60-B W. Terra Cotta Ave., #279 <br> Crystal Lake, IL 60014 | | | | | | | 166.60 |
| **ACCOUNT NO.** <br> Thomas W. Gooch <br> 209 S. Main Street <br> Wauconda, IL 60084 | | | | | | | 90.62 |
| **ACCOUNT NO.** <br> Thomas Zientz Group, Inc. <br> 925 Carney Court <br> Antioch, IL 60002 | | | | | | | 150.00 |
| **ACCOUNT NO.** <br> TKM Consulting <br> 851 Farm Drive <br> W. Chicago, IL 60185 | | | | | | | 1,300.00 |
| **ACCOUNT NO.** <br> Tooling & Mfg. Assoc. <br> 1177 S. Dee Road <br> Park Ridge, IL 60068 | | | | | | | 860.00 |

Sheet no. __19__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,567.22

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Team One Precision Tooling, Inc._____,          Case No. _____
           **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Toolweld, Inc. <br> 1750 Cumberland Pkwy, #8 <br> Algonquin, IL 60102 | | | | | | | 914.00 |
| ACCOUNT NO. <br><br> TOP Tooling, Inc. <br> 314 Circle Drive <br> Algonquin, IL 60102 | | | | | | | Unknown |
| ACCOUNT NO. <br><br> Tri-Gemini <br> 2001 Parkes Dr. <br> Broadview, IL 60155 | | | | | | | 2,480.90 |
| ACCOUNT NO. <br><br> Tristate Machinery, Inc. <br> 129 S. Wheeling Rd. <br> Wheeling, IL 60090 | | | | | | | 237.00 |
| ACCOUNT NO. <br><br> UGS <br> Post Office Box 502825 <br> St. Louis, MO 63150-2825 | | | | | | | 1,141.00 |

Sheet no. __20__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  4,772.90

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Team One Precision Tooling, Inc.                    ,          Case No. _____
           **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Unigraphics <br> UGS PLM Solutions, Inc. <br> Post Office Box 502825 <br> St. Louis, MO 63150-2825 | | | | | | | 325.57 |
| ACCOUNT NO. <br><br> US Bank Business Equip <br> 1310 Madrid St. #106 <br> Marshall, MN 56258 | | | | | | | 11,454.31 |
| ACCOUNT NO. <br><br> US Diamond Wheel <br> Post Office Box 503942 <br> St. Louis, MO 63150-3942 | | | | | | | 237.34 |
| ACCOUNT NO. <br><br> Water Works <br> 5200 McCullom Lake Rd. <br> McHerny, IL 60050 | | | | | | | Unknown |
| ACCOUNT NO. <br><br> Wells Fargo <br> Post Office Box 54349 <br> Los Angeles, CA 90054-0349 | | | | | | | 530.00 |

Sheet no. __21__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 12,547.22

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Team One Precision Tooling, Inc._____,          Case No._____
_____**Debtor**_____                                        _____**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wonderwave.net<br>3204 Hillside Drive<br>Wonder Lake, IL 60097 | | | | | | | 750.00 |
| ACCOUNT NO.<br><br>Xact Wire EDM Corp.<br>720 Industrial Drive, Unit 126<br>Cary, IL 60013 | | | | | | | 1,371.00 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. __22__ of __22__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤          $          2,121.00

Total ➤          $          561,815.25

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

B6G (Official Form 6G) (12/07)

In re   Team One Precision Tooling, Inc.                          Case No. _____
_____
          **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

**B6H (Official Form 6H) (12/07)**

In re  Team One Precision Tooling, Inc.                    Case No. _____
                     **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Fred & Marie Foote<br>314 Circle Drive<br>Algonquin, IL 60102 | Various |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
### Northern District of Illinois, Western Division

In re    Team One Precision Tooling, Inc.                       Case No. _____

                                 Debtor

                                                     Chapter    _7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $        0.00 | | |
| B – Personal Property | YES | 3 | $    158,000.00 | | |
| C –  Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $        0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $    70,405.18 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 23 | | $    561,815.25 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $        0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $        0.00 |
| **TOTAL** | | 35 | $    158,000.00 | $    632,220.43 | |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

# United States Bankruptcy Court
## Northern District of Illinois, Western Division

In re     Team One Precision Tooling, Inc.                              Case No. _____

Debtor

Chapter     ___7___

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    N.A. |
| 4.  Total from Schedule F | | $    N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    N.A. |

In re _____ Case No. _____

Team One Precision Tooling, Inc.

| **Debtor** | **(If known)** |
|---|---|

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____ Signature: _____

Debtor:

Date _____ Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __Team One Precision Tooling, Inc.__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __37__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ___September 16, 2008_____          Signature: ___/s/ Frederick Foote_____

_____FREDERICK FOOTE_____
[Print or type name of individual signing on behalf of debtor.]

---

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois, Western Division

In Re  Team One Precision Tooling, Inc. _____          Case No. _____
                                                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |  |
|---|---|---|---|
| 2008 |  |  |  |
| 2007 |  |  |  |
| 2006 | 555,981.00 | Gross sales | FY: 01/01/06 to 12/31/06 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

**2.   Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                            SOURCE

---

**3. Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None

☒

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*)  any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative   repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

None

☒   *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None

☐   a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Leaf Funding vs Team One, et al; Case No.: 08CP3203689 | | County of Lexington, SC | Pending |

None

☐   b.      Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| All machinery, equipment & inventory valued at $108,000.00 | 2008 | Siezed by Roger Garbacz, debtor's landlord |

**5.   Repossessions, foreclosures and returns**

None

☒      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None  a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒      preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
| --- | --- | --- |

None  b.     List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒      one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT CASE TITLE<br>& NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None      List all gifts or charitable contributions made within one year immediately preceding the commencement of
☒      this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing
under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR, IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒      commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12
or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS<br>WAS COVERED IN WHOLE OR IN PART BY<br>INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
| --- | --- | --- |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF

**9.    Payments related to debt counseling or bankruptcy**

None
☒

       List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**10.    Other transfers**

None
☒

    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

    b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.    Closed financial accounts**

None
☒

       List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720  -  31415 - Adobe PDF

**16.  Spouses and Former Spouses**

None
☒

    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

       NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None

☐

a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Team One Precision Tooling | | | | 1995-2008 |

None

☒

b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None  a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☒     bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

None  b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☒     case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                            ADDRESS                    DATES SERVICES RENDERED

None  c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☒     books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                            ADDRESS

None  d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☒     a financial statement was issued within the two years immediately preceding the commencement of this case by
      the debtor.

NAME AND ADDRESS                                  DATE
                                                 ISSUED

**20.  Inventories**

None  a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒     taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                        (Specify cost, market or other basis)

None  b.    List the name and address of the person having possession of the records of each of the two inventories
☒     reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF
                                           INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None
☒    a.     If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☒    b.     If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**

None
☒    a.     If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☒    b.     If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distribution by a corporation**

None
☒          If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24.  Tax Consolidation Group**

None

☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25.  Pension Funds**

None

☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

\*   \*   \*   \*   \*   \*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   September 16, 2008

Signature   /s/ Frederick Foote

FREDERICK FOOTE,
President

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720  -  31415 - Adobe PDF

_____0_____ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

Address

X_____          _____

Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

3D Extreme, Inc.
23 Westfield Lane
Des Plaines, IL 60018-1208

A&W Tool, Inc.
1309 Railroad St., #101
Ringwood, IL 60072

A-B Die Mold,Inc.
38 S. Wace Avenue
St. Charles, IL 60174

Able Lock & Key
3103 W. Linoln Rd.
McHenry, IL 60050

Ace Lasertek
1580 Barclay Blvd.
Buffalo Grove, IL 60089

Advanta Bank Corp.
Post Office Box 30715
Salt Lake City, UT 84130-0715

Agie Charmilles, Corp.
560 Bond Street
Lincolnshire, IL 60069

Airo Tool & Mfg.
6823 Irene Rd.
Belvidere, IL 61008

Alliance Specialties Group
275 Industrial Drive
Wauconda, IL 60084

American Express
Customer Service
Post Office Box 7863
Ft. Lauderdale, FL 33329-7863

AT&T
Post Office Box 8100
Aurora, IL 60507-8100

AT&T 3001 Long Distance
Post Office Box 9001309
Louisville, KY 40290-1309

AT&T Wireless
Post Office Box 8220
Aurora, IL 60572-8220

Banco Popular
c/o Chuhak & Tecson
30 S. Wacker Dr., #2600
Chicago, IL 60606-7413

Banco Popular
Post Office Box 550680
Jacksonville, FL 32255-4150

Bancorp
US Bancorp Equip. Finance
Post Office Box 790413
St. Louis, MO 63179-0413

Bank of America
Recovery Department
Post Office Box 2278
Norfolk, VA 23501-2278

Boer Die Welding, Inc.
16116 Harmony Rd.
Huntley, IL 60142

Bohler Uddeholm
Post Office Box 75827
Chicago, IL 60675-5827

Brown Bark III
Post Office Box 1068
Stafford, TX 77497-1068

Budapest Tool Co.
1300 Industrial Drive
Itasca, IL 60143

Capital One
1957 Westmoreland Road
Post Office Box 26094
Richmond, VA 23260-6094

Capital One
c/o Asociated Recovery Sys.
Post Office Box 469046
Escondido, CA 92046-9046

Carbon Products, Inc.
Post Office Box 369
W. Chester, OH 45071

CES Group
888 St. Charles Street
Elgin, IL 60120

Charles J. Motl & Assoc.
89 W. Main Street, #101
Riverwest Building
W. Dundee, IL 60118

Chase Card Service
Post Office Box 15129
Wilmington, DE 19850-5129

Chesterfield Financial Corp.
Post Office Box 771723
St. Charles, MO 63178-8429

Chrysler Financial
901 Warrenville Rd., #500
Lisle, IL 60532-4319

CINTAS
5100 26th Avenue
Rockford, IL 61109-1706

Citibusiness Card
Post Office Box 6309
The Lakes, NV 88901

CK Grinding
169 Wheeling
Wheeling, IL 60090

ComEd
Attn.: Revenue Management
2100 Swiss Drive
Oak Brook, Illinois 60523

Craftman Tool & Mold Co.
2750 Church Road
Aurora, IL 60504-9706

David C. Kovacs
4318 Pingree Drive
Crystal Lake, IL 60014

Dice Mold & Engineering, Inc.
733 Supreme Drive
Itasca, IL 60143

DME Co.
Dept. Lockbox 78242
Post Office Box 78000
Detroit, MI 48278-0242

Excel Mold  Polishing
1080 E. Grant Highway
Marengo, IL 60152

FDC Corporation
Post Office Box 1047
360 Bonnie Lane
Elk Grove Village, IL 60009-1047

Federal Express
500 Ross Street, #154-0455
Pittsburgh, PA 15262-0001

Fort Dearborn 9337
Fort Dearborn Life
36788 Eagle Way
Chicago, IL 60678-1367

Frankenmuth
One Mutual Avenue
Frankenmuth, MI 4878

Fred & Marie Foote
314 Circle Drive
Algonquin, IL 60102

Fred Foote
314 Circle Drive
Algonquin, Illinois 60102

Freedom Life Insurance Co.
3100 Burnett Plaza
801 Cherry Street
Ft. Worth, TX 76102

GK Welding
915 S. Pingree, Unit B
Crystal Lake, IL 60014

Glenwood Tool & Mold, Inc.
410 Renner Drive
Elgin, IL 60123

GMAC
Post Office Box 2150
Greeley, CO 80632-2150

GMT Design
1324 Oakview Terrace
Woodstock, IL 60098

HASCO Internorm Corp.
21200 Superior Street
Chatsworth, CA 91311

Hinckley Springs
Post Office Box 530578
Atlanta, GA 30353-0578

Horizon Steel Treating, Inc.
231 Jandus Road
Cary, IL 60013

IL Dept. of Labor
160 N. LaSalle Street, #C-1300
Chicago, IL 60601-3150

IL Dept. of Labor
c/o Office of the Attorney General
100 W. Randolph Street, 13th Fl.
Chicago, IL 60601

IL Secretary of State
501 S. 2nd Street, Rm 591
Springfield, IL 62756-7200

Illinois Dept. of Revenue
Bankruptcy Section
Post Office Box 64338
Chicago, IL 60664-0338

Ingersoll Rand Financial Serv.
Div. of CitiCapital Comm Corp.
Post Office Box 6229
Carol Stream, IL 60197-6229

Internal Revenue Service
230 South Dearborn Street
STOP 5013-CHI
Chicago, Illinois 60604

International Profit Associates
1250 Barclay Blvd.
Buffalo Grove, IL 60089

John Denny Company
3248 Forest View Road
Rockford, IL 61109

Karen Garbacz
5200 McCullom Lake Rd.
McHenry, IL 60050

Klitz Cutting Tools
7505 Eastgate Rd., Box 859
Crystal Lake, IL 60039

Kosmos Tool, Inc.
2727 Route 12, Box 279
Spring Grove, IL 60081

LaSalle Bank
1904 N. Richmond Rd.
McHenry, IL 60050

Leaf
Post Office Box 644006
Cincinnati, OH 45264-4006

Leaf Funding
c/o Cofield Law Firm
809 S. Lake Drive
Lexington, SC 29072

Marie Foote
314 Circle Drive
Algonquin, IL 60102

Mark D. Camera
1410 Ferndale Court
McHenry, Illinois 6005

MBNA
Post Office Box 15026
Wilmington, DE 19850-5026

MG Mold Finishing
24271 Rose Avenue
Lake Zurich, IL 60047

Michling, Hofmann, et al
101 N. Throop Street
Woodstock, Illinois 60098

Midwest Steel & Services, Inc.
581 S. Wheeling Rd.
Wheeling, IL 60090

Misumi USA, Inc.
Post Office Box 93909
Chicago, IL 60673-7475

Net Bank Business Finance a/k/a
Leaf Finance
Post Officebox 2597
Columbia, SC 29202-2597

Neuwer Tool Corp.
2039 Foster Ave.
Wheeling, IL 60090

Nicor
Post Office Box 2020
Aurora, Illinois 60507-2020

Northwest Herald
Post Office Box 250
Crsytal Lake, Illinois 60098

O'Keefe & Associates
15900 S. Wolf Rd., #203
Orland Park, IL 60467

PCS Company
Post Office Box 116606
Atlanta, GA 30368-6606

Perry Johnson Consulting
26555 Evergreen Rd. #1300
Southfield, MI 48076

Perry Johnson Registrars, Inc.
10275 W. Higgins Rd., #470
Rosemont, IL 60018

Plasti-Coil
901 Geneva Parkway
Lake Geneva, WI 53147

Platinum Plus for Business
Post Office Box 15469
Wilmington, DE 19886

Precision Ground, Inc.
548 Herbert Road
Lakemoor, IL 60073

Quality Consulting
4935 N. Kildare
Chicago, IL 60630

Quality Jig Grinding, Inc.
1310 Cobblestone Way
Woodstock, IL 60098

Rupp & Youman
4306-F W. Crystal Lake Rd.
McHenry, IL 60050

Safety Kleen Corp.
Post Office Box 650509
Dallas, TX 75265-0509

Sams Club
Post Office Box 981064
El Paso, TX 79998

SelfLube
526 O'Malley
Coopersville, MI 49404

Smith Enterprises, Inc.
931 Dillon Drive
Wood Dale, IL 60191

State Farm Insurance
Insurance Support Center
Post Office Box 680001
Dallas, TX 75368-0001

T Mobile
Post Office Box 742596
Cincinnati, OH 45274-2596

The Corporate Headquarters
60-B W. Terra Cotta Ave., #279
Crystal Lake, IL 60014

Thomas W. Gooch
209 S. Main Street
Wauconda, IL 60084

Thomas Zientz Group, Inc.
925 Carney Court
Antioch, IL 60002

TKM Consulting
851 Farm Drive
W. Chicago, IL 60185

Tooling & Mfg. Assoc.
1177 S. Dee Road
Park Ridge, IL 60068

Toolweld, Inc.
1750 Cumberland Pkwy, #8
Algonquin, IL 60102

TOP Tooling, Inc.
314 Circle Drive
Algonquin, IL 60102

Tri-Gemini
1001 E. Madison St.
Broadway, IL 60115

Tristate Machinery, Inc.
125 S. Wheeling Rd.
Wheeling, IL 60090

UGS
Post Office Box 502825
St. Louis, MO 63150-2825

Unigraphics
UGS PLM Solutions, Inc.
Post Office Box 502825
St. Louis, MO 63150-2825

US Bank Business Equip
1310 Madrid St. #106
Marshall, MN 56258

US Diamond Wheel
Post Office Box 503942
St. Louis, MO 63150-3942

Water Works
5200 McCullom Lake Rd.
McHerny, IL 60050

Wells Fargo
Post Office Box 54349
Los Angeles, CA 90054-0349

Wonderwave.net
3204 Hillside Drive
Wonder Lake, IL 60097

Xact Wire EDM Corp.
720 Industrial Drive, Unit 126
Cary, IL 60013

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Western Division

In re   Team One Precision Tooling, Inc. _____ ,

 Debtor

Case No. _____

Chapter ____7_____

# VERIFICATION OF LIST OF CREDITORS


    I hereby certify under penalty of perjury that the attached List of Creditors which consists of 4 pages, is true,

correct and complete to the best of my knowledge.


Date ____September 16, 2008_____

Signature ____/s/ Frederick Foote_____

 FREDERICK FOOTE,
 President

Richard T. Jones
Jones & Hart Law Offices
138 Cass Street
Post Office Box 1693
Woodstock, Illinois 60098
(815) 334-8220
(815) 334-8229

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois, Western Division

In re  Team One Precision Tooling, Inc.

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept .......................................................... $ ___1,601.00___

Prior to the filing of this statement I have received ........…………….............. $ ___1,601.00___

Balance Due ...............................…………………………………….................. $ _____0.00_____

2.  The source of compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

___September 16, 2008___                    ___/s/ Richard T. Jones___
*Date*                                                          *Signature of Attorney*

                                                                  Jones & Hart Law Offices
                                                                  *Name of law firm*

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-720 - 31415 - Adobe PDF